# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATRINA SEEVERS, N/K/A KATRINA KARLSSON,

Appellant,

vs.

BRANDON SEEVERS,

Respondent.

No. 80559



FILED

MAR 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Bridget E. Robb, District Judge
      Margaret M. Crowley, Settlement Judge
      Bittner Legal LLC
      Attorney Marilyn D. York, Inc.
      Washoe District Court Clerk

21-07691